**2006–0845. State ex rel. Dunning v. Kimbler.**
In Prohibition. Reported at 109 Ohio St.3d 1491, 2006-Ohio-2762, 848 N.E.2d 855. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*August 3, 2006*

[Cite as 08/03/2006 Case Announcements, 2006-Ohio-3936.]

## MOTION AND PROCEDURAL RULINGS

**2006–0839. Ohio State Bar Assn. v. Burdzinski, Brinkman, Czarzasty & Landwehr, Inc.**
Board on the Unauthorized Practice of Law, No. UPL 04–05. This cause is pending before the court as an unauthorized-practice-of-law case. Upon consideration of the motion of amicus curiae Ohio Management Lawyers Association for leave to participate in oral argument,
    IT IS ORDERED by the court that the motion is granted and the amicus shall share the time allotted to the respondents.

## DISCIPLINARY CASES

**1999–2237. Cleveland Bar Assn. v. Shafran.**
On May 2, 2000, this court suspended respondent, Michael Shafran, Attorney Registration No. 0028991, last known business address in Cleveland, Ohio. On June 26, 2006, relator, Cleveland Bar Association, filed a motion for order to show cause why respondent should not be held in contempt for failing to obey this court's order of May 2, 2000. Upon consideration thereof,
    IT IS ORDERED by this court that the motion is granted to the extent that respondent show cause by filing a written response with the clerk of this court on or before 20 days from the date of this order why respondent should not be held in contempt.
    IT IS FURTHER ORDERED, sua sponte, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.